# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS KNOX,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br><br>RONALD RACKLEY, Warden,<br><br>　　　　　Respondent.<br>_____ | NO. CV 15-5095-RSWL (KS)<br><br><br><br>JUDGMENT |

　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:　　5/4/2016　　　　　s/ RONALD S.W. LEW
　　　　　　　　　　　　　　　HON. RONALD S. W. LEW
　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE